**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 22-30540 |
| | CHAPTER 13 |
| **LUKE EDWARD WORRELL** | JUDGE GUY R. HUMPHREY |
| Debtor | **NOTICE OF AUDITOR VALUATION** |

Now comes Luke Edward Worrell, and hereby submits the county auditor valuation of his real estate.

Respectfully submitted,

/s/ Christopher L. Wesner
Christopher L. Wesner #0082699
Miller Luring, Venters & Wesner Co., LPA
314 W Main Street
Troy OH 45373
Phone: 937-339-2627
Fax: 937-339-5444
Email: chriswesnerlaw@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of April, 2022 a true and correct copy of the foregoing Notice of Auditor Valuation was served on the following registered ECF participant, **electronically** through the Court's ECF System at the email address registered with the Court:

John G. Jansing
U.S. Trustee

/s/ Christopher L. Wesner
Christopher L. Wesner