

| | | | |
|---|---|---|---|
| Parcel Number 12-107-00-00-022-000 | Legal Description 0000 4498 | Location 2226 T R 179 | Acres 0.8000 |
| Owner WORRELL LUKE E | | | |

**Value History**

| Tax Year | Land Use | Land | Improvement | Total |
|---|---|---|---|---|
| 2022* | 511-SINGLE FAMILY DWELLING - UNPLATTED 0 - 9.99 ACRES | 23,030 | 70,750 | 93,780 |
| 2021 | 511-SINGLE FAMILY DWELLING - UNPLATTED 0 - 9.99 ACRES | 23,030 | 70,750 | 93,780 |
| 2020 | 511-SINGLE FAMILY DWELLING - UNPLATTED 0 - 9.99 ACRES | 23,030 | 70,750 | 93,780 |
| 2019 | 511-SINGLE FAMILY DWELLING - UNPLATTED 0 - 9.99 ACRES | 23,030 | 70,750 | 93,780 |
| 2018 | 511-SINGLE FAMILY DWELLING - UNPLATTED 0 - 9.99 ACRES | 15,200 | 56,930 | 72,130 |
| 2017 | 511-SINGLE FAMILY DWELLING - UNPLATTED 0 - 9.99 ACRES | 15,200 | 56,930 | 72,130 |
| 2016 | 511-SINGLE FAMILY DWELLING - UNPLATTED 0 - 9.99 ACRES | 15,200 | 56,930 | 72,130 |
| 2015 | 511-SINGLE FAMILY DWELLING - UNPLATTED 0 - 9.99 ACRES | 13,820 | 51,750 | 65,570 |
| 2014 | 511-SINGLE FAMILY DWELLING - UNPLATTED 0 - 9.99 ACRES | 13,820 | 51,750 | 65,570 |
| 2013 | 511-SINGLE FAMILY DWELLING - UNPLATTED 0 - 9.99 ACRES | 13,820 | 51,750 | 65,570 |
| 2012 | 101-CASH-GRAIN OR GENERAL FARM | 16,580 | 54,700 | 71,280 |
| 2011 | 101-CASH-GRAIN OR GENERAL FARM | 16,580 | 54,700 | 71,280 |
| 2010 | 101-CASH-GRAIN OR GENERAL FARM | 16,580 | 54,700 | 71,280 |
| 2009 | 101-CASH-GRAIN OR GENERAL FARM | 16,580 | 54,700 | 71,280 |
| 2008 | 101-CASH-GRAIN OR GENERAL FARM | 16,580 | 54,700 | 71,280 |
| 2007 | 101-CASH-GRAIN OR GENERAL FARM | 16,600 | 54,700 | 71,300 |
| 2006 | 101-CASH-GRAIN OR GENERAL FARM | 14,000 | 54,100 | 68,100 |

* Tentative Values

**Sidebar:**

2021

4 of 4

Back to Search Results

- Summary
- Tax
- Transfers — 3
- Payment History — 48
- Value History
- CAUV Soil Breakdown
- Utilities — 6
- Land — 2
- Commercial Buildings
- Dwellings — 1
- Other Improvements
- Sketch — 1
- Levy Distribution
- Tax Estimator
- Map this Parcel
- Tax Card

Last Updated: 04/27/2022 11:30:05 PM      Powered By: ISSG Inc