**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: July 1, 2022**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
DAYTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 3:22-bk-30540 |
| Luke Edward Worrell, | CHAPTER 13 |
| | JUDGE Guy R. Humphrey |
| Debtor. | ORDER GRANTING MOTION OF ROCKET MORTGAGE, LLC F/K/A QUICKEN LOANS, LLC F/K/A QUICKEN LOANS INC. RELIEF FROM STAY DOCKET NO. 17 |
| | Real Property located at: 2226 Township Road 179 Bellefontaine, OH 43311 |

_____

This matter came to be considered on the Motion for Relief from Stay ("the Motion") filed by Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., ("Movant") at Docket No. 17.

Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, the Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

**IT IS THEREFORE, ORDERED:**

The Motion is granted, and the automatic stay imposed by Section 362 of the Bankruptcy Code is terminated with respect to Movant, its successors and assigns to proceed in state court as to its Collateral or to otherwise enforce its lien rights in the Collateral, known as Real Property, located at 2226 Township Road 179, Bellefontaine, OH 43311.

**IT IS FURTHER ORDERED** that the fourteen (14) day stay set forth in Bankruptcy Rule 4001(a)(3) is hereby waived.

**IT IS SO ORDERED.**

###

**SUBMITTED BY:**

/s/ Seth Greenhill
Seth Greenhill, Esq.
Ohio Bar # 99380
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Seth.Greenhill@padgettlawgroup.com
*Attorney for Creditor*

**COPIES TO:**

Default List